```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  #5111
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Suite 6-100
Honolulu, Hawaii 96850
Telephone: 440-9265
Facsimile: 541-2958
E-Mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00450-02 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | WRIT OF HABEAS CORPUS AD |
| vs. | ) | PROSEQUENDUM |
| | ) | |
| MARIA LEOLANI SPENCER, | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Hawaii Community Correctional Center, 60 Punahele Street, Hilo, HI 96720, in the custody of the Warden thereof, the defendant MARIA LEOLANI SPENCER in the above-entitled case, which case will be called for Order to Show Cause Why Supervised Release Should Not Be Revoked on the 30th day of May, 2008, at the hour of 9:30 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Helen Gillmor, United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

   WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden, commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Helen Gillmor in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Hawaii Community Correctional Center, 60 Punahele Street, Hilo, HI 96720.

   DATED: May 9, 2008, at Honolulu, Hawaii.

            EDWARD H. KUBO, JR.
            United States Attorney
            District of Hawaii


            By /s/ Marshall H. Silverberg
              MARSHALL H. SILVERBERG
              Assistant U.S. Attorney

O R D E R

      Upon reading and filing the foregoing Application in that behalf;

      IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

      DATED:  Honolulu, Hawaii, May 9, 2008.



      /S/ Leslie E. Kobayashi

      Leslie E. Kobayashi
      United States Magistrate Judge

United States of America v. Maria Leolani Spencer
Cr. No. 03-00450-02 HG
Application and Order for Writ of
Habeas Corpus Ad Prosequendum