```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  #5111
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Suite 6-100
Honolulu, Hawaii 96850
Telephone: 440-9265
Facsimile: 541-2958
E-Mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00450-02 HG |
| | ) | |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| MARIA LEOLANI SPENCER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden Pete MacDonald, Hawaii Community Correctional Center, 60 Punahele Street, Hilo, HI 96720; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Hawaii Community Correctional Center, 60 Punahele Street, Hilo, HI 96720, produce the body of MARIA LEOLANI SPENCER, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Helen Gillmor, United States Magistrate, United States Courthouse, 300

Ala Moana Boulevard, Honolulu, Hawaii, on 30th, May, 2008 the hour of 9:30 a.m. for Order to Show Cause Why Supervised Release Should Not Be Revoked of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

      Custody of said MARIA LEOLANI SPENCER shall remain with the United States Marshal.  The delivery of the body of said MARIA LEOLANI SPENCER by the United States Marshal to the courtroom of the Honorable Helen Gillmor as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said MARIA LEOLANI SPENCER to the custody of the Hawaii Community Correctional Center, 60 Punahele Street, Hilo, HI 96720, shall be deemed sufficient compliance with this Writ.

      WITNESS the Honorable Leslie E. Kobayashi, Magistrate of the United States District Court for the District of Hawaii.

      DATED: May 9, 2008, at Honolulu, Hawaii.

                  SUE BEITIA, Clerk
                  United States District Court
                  for the District of Hawaii

                  */s/Bernadette Aurio*
                  DEPUTY CLERK


United States v. Maria Leolani Spencer
Criminal No. 03-00450-02 HG
"Writ of Habeas Corpus Ad Prosequendum"