# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-353
HONOLULU, HAWAII 96850

**LESLIE E. KOBAYASHI**
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1331
FAX: (808) 541-1386

May 9, 2008

Richard D. Gronna, Esq.
1099 Alakea Street
Suite 2510
Honolulu, Hawaii 96813

  Re: USA V. MARIA LEOLANI SPENCER
    CR. NO. 03-00450 HG (02)

Dear Mr. Gronna:

  Thank you for accepting the court's **re**appointment to represent Maria Leolani Spencer in the above-entitled matter.

  Enclosed is your appointment voucher.

  As a reminder, any withdrawal and substitution of counsel, whether the substitute counsel is a panel attorney or a retained attorney, must have the prior approval of this court.

       Very truly yours,

       *[signature]*
       Leslie E. Kobayashi
       United States Magistrate Judge

LEK:sq
Enclosure