# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00450HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) MARIA LEOLANI SPENCER |
| ATTY FOR PLA: | Marshall H Silverberg, AUSA |
| ATTY FOR DEFT: | (02) Richard D. Gronna, Esq. |
| U.S.P.O.: | Kevin S. Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | May 30, 2008 | TIME: | 9:30 - 10:10 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (02) MARIA LEOLANI SPENCER -

The defendant is present, in custody.

The defendant admitted to Violation Nos. 1, 2, and 4.

The Court finds that this is a Grade A violation, Criminal History Category II.

Allocution by the defendant.

Supervised Release is revoked.

ADJUDGED: Impr of 24 MONTHS as to Count 1, 2, and 4, to run concurrently with any state sentence and any other charges the defendant receives.

No supervised release to follow.

Advised of rights to appeal the sentence, etc.

The defendant is remanded to the custody of USMS.

Submitted by: Mary Rose Feria, Courtroom Manager