AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

786879

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00450HG 02 |
| MARIA LEOLANI SPENCER | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 2 2008

at ____ o'clock and ____ min. ___ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MARIA LEOLANI SPENCER and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

in violation of Title  United States Code, Section(s) .

U.S. MARSHALS SERVICE
HONOLULU, HI
2007 OCT -3 AM 11:52
RECEIVED

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer/Deputy Clerk | October 3, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at **NO BAIL**    By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at *Hilo, Hawaii*

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/3/07 | Arthur Ch/Dunn | *[signature]* |
| Date of Arrest 5/29/08 | | |