ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 05 2008
at 8 o'clock and 25 min. A M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**MARIA LEOLANI SPENCER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 1:03CR00450-002
USM Number: 09818-022

Richard D. Gronna, Esq.
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of   General Condition, Standard Condition No. 7   of the term of supervision.
[ ] was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

     The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **5049**

Defendant's Residence Address:
**439 Hilinai Street
Hilo, Hawaii 96720**

Defendant's Mailing Address:
**439 Hilinai Street
Hilo, Hawaii 96720**

May 30, 2008
Date of Imposition of Sentence

/s/ Helen Gillmor
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

6·4·08
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00450-002 | Judgment - Page 2 of 3 |
| DEFENDANT: | MARIA LEOLANI SPENCER | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | That on or about 9/11/2007, the offender engaged in conduct constituting Promoting a Dangerous Drug in the Third Degree, as charged in Count 3 in a Complaint filed on 9/13/2007 in District Court of the Third Circuit, in violation of Hawaii Revised Statutes § 712-1243(1) and the General Condition. | |
| 2. | That on or about 9/11/2007, the offender engaged in conduct constituting three separate counts of Prohibited Acts Related to Drug Paraphernalia, as charged in Count 4 in a Complaint filed on 9/13/2007 in District Court of the Third Circuit, in violation of Hawaii Revised Statutes § 329-43.5 and the General Condition. | |
| 3. | DELETED. | |
| 4. | That on or about 9/11/2007, the offender illegally possessed a controlled substance and/or paraphernalia related to a controlled substance, as contained within Counts 3 and 4 of a Complaint filed on 9/13/2007 in District Court of the Third Circuit, in violation of the General Condition and/or Standard Condition No. 7. | |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00450-002 | Judgment - Page 3 of 3 |
| DEFENDANT: | MARIA LEOLANI SPENCER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS as to Counts 1, 2, and 4, to run concurrently with any state sentence and any other charges the defendant receives.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

       Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy U.S. Marshal